Stuart S. Healy III
Wyoming State Bar No. 6-3095
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
stuart.healy@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 SEP -3 PM 1:55

STEPHAN HARRIS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 19mj75-J |
| FRANCISCO BRIAN SANCHEZ, | |
| Defendant. | |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

    **A felony involving possession of a firearm (see 18 U.S.C. § 3142(f)(1)(E))**

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

    **Safety of any other person and the community**

3. Rebuttable Presumption. The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 3rd day of September 2019.

                                        MARK A. KLAASSEN
                                      United States Attorney

By: _____
        STUART S. HEALY III
        Assistant United States Attorney